UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80155-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**LA GRANJA GLADES ROAD INC.**,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 7], filed on March 15, 2024.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITH PREJUDICE** against all Defendants, effective March 15, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 7].

    The Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of March 2024.

                                                                                         **AILEEN M. CANNON**
                                                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record